## Commonwealth *v.* Talley, Appellant.

808

Submitted March 17, 1970. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.